Edward B Marks and Joseph W. Stern, Copartners, Doing Business under the Name of Jos. W. Stern & Co., Appellants, v. Benjamin W. Dodge, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of the Mayor, Aldermen and Commonalty of the City of New York, Relative to Acquiring Title, etc., for the Purpose of Opening Anthony Avenue, from Clay Avenue to Burnside Avenue and from Burnside Avenue to the Concourse, etc., in the Twenty-fourth Ward of the City of New York. The City of New York, Appellant; Northern Union Gas Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the opinion of the court below (Reported in *Matter of Anthony Avenue*, 46 Misc. Rep. 525). (Scott, J., not sitting.)

Edward F. Leber, Appellant, v. Isaac Goldberg, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

• William G. Clarke and Isaac B. Miller, Respondents, v. Louis Kovner and Others, Appellants, Impleaded with Jacob Paletz and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Kate Kiernan, as Administratrix, etc., of John Kiernan, Jr., Deceased, Respondent, v. Otto M. Eidlitz and Robert J. Eidlitz, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

B. Aymar, Sands, as Ancillary Administrator, etc., Respondent, v. Northwestern Realty Company, Appellant, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs.

William Crawford, Respondent, v. Northwestern Realty Company, Appellant, impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of Hippolyte A. Geney.— Motion to dismiss appeal granted, with ten dollars costs.

John Whalen, as Sole Surviving Executor, etc., Respondent, v. Louis Lese, Appellant.— Motion denied on payment of ten dollars costs and on condition that appellant have his appeal ready for the May term.

Isaac Perlmutter, Appellant, v. Caroline W. Beneke, Respondent.— Motion to dismiss appeal granted, with ten dollars costs.

Joseph White, Respondent, v. James A. Douglas, Appellant.— Motion denied on payment of ten dollars costs and on condition that appellant have his appeal ready for the May term.

Charles F. McKenna, Appellant, v. B. Sherwood Dunn and Others, Respondents.— Motion denied, with ten dollars costs.

Willard S. Allen, Appellant, v. Jacob Fromme, Respondent.— Motion denied and stay vacated, with ten dollars costs.

John J. Fish, Respondent, v. Henrietta Hahn, Appellant.— Motion denied, with ten dollars costs.

Edgar J. Stachelberg, as Executor, etc., Appellant, v. Linda Stachelberg, Individually, etc., Respondent, Impleaded with Charles G. Stachelberg, Appellant, and Others.— Motion granted and question certified as stated in order.